## UNITED STATES of America, Appellant, v. Harvey CLAMP, Appellee.

### No. 3702.

Circuit Court of Appeals, Fourth Circuit.
June 19, 1934.

C. C. Wyche, U. S. Atty., and O. H. Doyle, Asst. U. S. Atty., both of Greenville, S. C.

A. H. Dagnall, of Anderson, S. C., and Robert E. Wilson, of Columbia, S. C., for appellee.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

## UNITED STATES, Appellant, v. Richard K. GOULD, Appellee.

### No. 2934.

Circuit Court of Appeals, First Circuit.
Nov. 10, 1934.

J. Frank Staley, of Washington, D. C. (Francis J. W. Ford, U. S. Atty., and Charles W. Bartlett, Asst. U. S. Atty., both of Boston, Mass., on the brief), for the United States.

Albert T. Gould, of Boston, Mass. (Charles S. Bolster, Miles Wambaugh, and Burnham, Bingham, Pillsbury, Dana & Gould, all of Boston, Mass., on the brief), for appellee Gould.

William B. Sullivan, Jr., of Boston, Mass. (John V. Spalding, of Boston, Mass., on the brief), for appellees Chaney and Pogson, adm'xs.

Thomas H. Gardiner, of Providence, R. I., for appellee Turner, adm'r.

Before BINGHAM, WILSON, and MORTON, Circuit Judges.

PER CURIAM.

Decree affirmed on the opinion of Judge Hale in the court below (D. C.) 55 F.(2d) 674.

## UNITED STATES of America v. Hans Andrew HANSEN.

### No. 1144.

Circuit Court of Appeals, Tenth Circuit.
Sept. 10, 1934.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before LEWIS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.